# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0410.   TERMINAL INVESTMENT CORPORATION v. JAMES E. COLLIER, III.**

We granted Terminal Investment Corporation's application for interlocutory review of the trial court's order granting a new trial to plaintiff James Collier, III in this negligence action. After careful review of the entire record in this case, we conclude that the application for interlocutory review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/30/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*